UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRIGVE A JOHNSON,<br><br>                Plaintiff,<br><br>    v.<br><br>CAROLYN COLVIN, Commissioner of Social Security,<br><br>                Defendant. | Case No. C13-1238-RAJ-BAT<br><br>**REPORT AND RECOMMENDATION** |

Based on the parties stipulated motion to reverse and remand the case for further administrative proceedings, Dkt. 27, the Court recommends the case be **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. The Court recommends that on remand, the Administrative Law Judge shall:

    (1) Reevaluate the opinion of Thomas L. Gritzka, M.D.;

    (2) Include all unrejected work related limitations in the RFC finding;

    (3) Re-assess the claimant's credibility; and

    (4) Issue a new decision.

A de novo hearing is not required; however, plaintiff may demonstrate to the Administrative Law Judge that the facts of the case warrant another hearing.

1 | The parties also agree that reasonable attorney fees should be awarded, upon proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Because the parties have stipulated that the case be remanded as set forth above, the Court recommends that United States District Judge Richard A. Jones immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED** for further administrative proceedings. A proposed order accompanies this Report and Recommendation.

DATED this 30th day of January, 2014.

BRIAN A. TSUCHIDA
United States Magistrate Judge