UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRIGVE A. JOHNSON,

               Plaintiff,

   v.

CAROLYN COLVIN, Acting Commissioner of Social Security,

               Defendant.

Case No. C13-1238-RAJ-BAT

**ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS**

The Court having considered the record, **GRANTS** the parties' stipulated motion to remand the matter (Dkt. 27) and **ORDERS** that this case is reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge ("ALJ") will:

    (1)  Reevaluate the opinion of Thomas L. Gritzka, M.D.;

    (2)  Include all unrejected work related limitations in the RFC finding;

    (3)  Re-assess the claimant's credibility; and

    (4)  Issue a new decision.

A de novo hearing is not required; however, plaintiff may demonstrate to the ALJ that the facts of the case warrant another hearing. Upon proper presentation, this Court will consider plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access

to Justice Act, 28 U.S.C. § 2412(a),(d).

DATED this 6th day of February, 2014.

_____
The Honorable Richard A. Jones
United States District Judge